```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 47667
    PATRICIA ANN JACKSON KELLY
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-2065


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/29/2004 and was confirmed 03/24/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  29.37% from remaining funds.

    The case was converted to chapter 7 after confirmation 03/26/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED           10000.00        942.95      10000.00
INTERNAL REVENUE SERVICE  PRIORITY            753.39        158.29        753.39
A ALL PAYDAY LOANS INC    UNSECURED        NOT FILED           .00           .00
AFFILIATED RADIOLOGISTS   UNSECURED        NOT FILED           .00           .00
AMERICASH LOANS LLC       UNSECURED           890.26           .00        123.52
ARONSON FURNITURE         SECURED NOT I      496.00           .00           .00
ATLANTIC MANAGEMENT       UNSECURED        NOT FILED           .00           .00
ATLANTIC MANAGEMENT       NOTICE ONLY      NOT FILED           .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00           .00
CASH EXPRESS COLLECTION   UNSECURED        NOT FILED           .00           .00
CERTEGY                   UNSECURED        NOT FILED           .00           .00
CHADWICKS                 UNSECURED        NOT FILED           .00           .00
CHARTER ONE BANK          UNSECURED        NOT FILED           .00           .00
CHRIST HOSPITAL           UNSECURED        NOT FILED           .00           .00
AT & T WIRELESS           UNSECURED          1042.89           .00        144.70
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO           NOTICE ONLY      NOT FILED           .00           .00
COLUMBIA HOUSE            UNSECURED        NOT FILED           .00           .00
CRA SECURITY SYSTEMS      UNSECURED        NOT FILED           .00           .00
EASY LOAN                 UNSECURED        NOT FILED           .00           .00
EMERGENCY SERVICES GROUP  UNSECURED        NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED           841.74           .00        102.09
FIRST NATIONAL BANK OF M  NOTICE ONLY      NOT FILED           .00           .00
PREMIER BANCARD CHARTER   UNSECURED           335.04           .00         41.82
FRANKLIN MINT             UNSECURED        NOT FILED           .00           .00
FRANKLIN MINT             NOTICE ONLY      NOT FILED           .00           .00
JC PENNY                  SPECIAL CLASS    NOT FILED           .00           .00
JC PENNY                  NOTICE ONLY      NOT FILED           .00           .00
MARIA HIGH SCHOOL         UNSECURED        NOT FILED           .00           .00
MERCY HOSPITAL            UNSECURED        NOT FILED           .00           .00
MIY DIRECT                UNSECURED        NOT FILED           .00           .00
MOUNT OREAD VENTURES II   UNSECURED        NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 47667 PATRICIA ANN JACKSON KELLY
```

```
NATIONAL TITLE LOAN       UNSECURED      NOT FILED           .00          .00
NUVELL CREDIT CO LLC      UNSECURED       17228.61           .00      2390.37
NUVELL CREDIT CO          NOTICE ONLY    NOT FILED           .00          .00
NUVELL CREDIT CO LLC      NOTICE ONLY    NOT FILED           .00          .00
OXFORD BANK & TRUST       UNSECURED      NOT FILED           .00          .00
PARAGON FUNDING           UNSECURED      NOT FILED           .00          .00
PREFERRED CASH            UNSECURED      NOT FILED           .00          .00
PREFERRED CASH            UNSECURED      NOT FILED           .00          .00
RUSH PRES ST LUKES MEDIC  UNSECURED      NOT FILED           .00          .00
RUSH PRESBYTERIAN         NOTICE ONLY    NOT FILED           .00          .00
RUSH PRESBYTERIAN         NOTICE ONLY    NOT FILED           .00          .00
RUSH PRES ST LUKES MEDIC  NOTICE ONLY    NOT FILED           .00          .00
RUSH PRESBYTERIAN ST LUK  NOTICE ONLY    NOT FILED           .00          .00
AT & T BANKRUPCTY         FILED LATE       1816.28           .00          .00
AMERITECH                 NOTICE ONLY    NOT FILED           .00          .00
AMERITECH                 NOTICE ONLY    NOT FILED           .00          .00
SOCIAL SECURITY ADMIN     UNSECURED      NOT FILED           .00          .00
SONIC PAYDAY COM          UNSECURED      NOT FILED           .00          .00
UNITED CASH LOAN          UNSECURED      NOT FILED           .00          .00
ASSOCIATES IN CARDIOLOGY  UNSECURED      NOT FILED           .00          .00
US PAYDAY LOAN            UNSECURED      NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  UNSECURED          22.02           .00          .00
CINGULAR WIRELESS         UNSECURED        1548.50           .00       214.85
ARONSON FURNITURE         UNSECURED        1324.00           .00       183.70
DRIVE FINANCIAL SERVICES  UNSECURED         584.00           .00        30.01
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                   2,700.00
TOM VAUGHN                TRUSTEE                                    1,057.19
DEBTOR REFUND             REFUND                                       732.48
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               19,575.36

PRIORITY                                         753.39
    INTEREST                                     158.29
SECURED                                       10,000.00
    INTEREST                                     942.95
UNSECURED                                      3,231.06
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,057.19
DEBTOR REFUND                                    732.48
                      ---------------         ---------------
TOTALS                19,575.36               19,575.36


             PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 47667 PATRICIA ANN JACKSON KELLY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                              PAGE   3
        CASE NO. 04 B 47667 PATRICIA ANN JACKSON KELLY